UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Rent-A Center, Inc.                                                Civil Action 07-1414

versus                                                       Judge Tucker L. Melançon

Danielle Barker                                      Magistrate Judge C. Michael Hill

JUDGMENT

In accordance with the Memorandum Ruling issued on this date, is it

ORDERED that the Application To Vacate Decision And Arbitration Award [Rec. Doc. 1] filed by Appellant, Rent-A-Center, is GRANTED IN PART as to the amount of the back pay and benefits and attorney's fees awarded and the Arbitrator's award for those amounts will be VACATED, and is DENIED IN PART as to all other issues. It is

FURTHER ORDERED that Judgment be entered in favor of Danielle Barker and against Rent-A-Center for damages in the sum of Thirty Thousand One Hundred Eighty and 80 1/100 Dollars ($30,184.80) as follows: Fifteen Thousand One Hundred Eighty and 80 1/100 Dollars ($15,184.80) in back pay and benefits; and, Fifteen Thousand Dollars ($15,000.00) in compensatory damages for mental anguish;  It is

FURTHER ORDERED that interest upon the judgment shall accrue at the rate provided for by Title 28, United States Code, Section 1961 from date of entry of judgment; It is

FURTHER ORDERED that this matter is referred to Magistrate Judge C.

Michael Hill to calculate reasonable attorney's fees under the "Lodestar method" applying the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974); It is,

FURTHER ORDERED that the defendant, Rent-A-Center, is taxed with the costs of this proceeding pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

Thus done and signed this 23th day of March, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE